FORM nch13pln (08/07)

FORM nch13pln (08/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:08−bk−00761−RTB

JONNIE L. PARKER  Chapter: 13
1942 S EMERSON UNIT 134
MESA, AZ 85210
**SSAN:** xxx−xx−8831
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than ten (10) calendar days after the date set for the meeting of creditors or 25 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>P.O. BOX 10434<br>PHOENIX, AZ 85064−0434 |
| Address of Debtor(s) | JONNIE L. PARKER<br>1942 S EMERSON UNIT 134<br>MESA, AZ 85210 |
| Address of Debtor(s) Attorney | JOSEPH W. CHARLES<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737 |

– – – NOTICE CONTINUES ON NEXT PAGE – – –

2.  The Trustee is to file a Recommendation within 25 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: October 2, 2009**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rootk                  Page 1 of 2                    Date Rcvd: Oct 02, 2009
Case: 08-00761                 Form ID: nch13pln            Total Noticed: 33
```

The following entities were noticed by first class mail on Oct 04, 2009.
```
db        +JONNIE L. PARKER,   1942 S EMERSON UNIT 134,   MESA, AZ 85210-5982
aty        JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ  85311-1737
smg        AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
           PHOENIX, AZ  85007-2650
7211376   +ARIZONA DEPARTMENT OF REVENUE,   SPECIAL OPERATIONS UNIT,   1600 W. MONROE,  7TH FLOOR,
           PHOENIX, AZ 85007-2612
7211377    BANK OF AMERICA,   4060 Ogletown/Stanton Road,   Newark DE 19714
7211378   +CAPITAL ONE,   P. O. Box 30281,   Salt Lake City UT 84130-0281
7223441   +CAPITAL ONE BANK,   C/O TSYS DEBT MANAGEMENT,   PO BOX 5155,   NORCROSS, GA 30091-5155
7211379   +CHASE BANK,   P. O. Box 15298,   Wilmington DE 19850-5298
7211380   +CHEVRON USA,   P. O. Box 5010,   Concord CA 94524-0010
7211381   +CITIBANK,   P. O. Box 6241,   Sioux Falls SD 57117-6241
7223511   +Compass Bank (Secured) Department,   c/o Ascension Capital Group,   POB 201347,
           Arlington, TX 76006-1347
7211384   +ER SOLUTIONS,   500 SW 7th Street,   Building A 100,   Renton WA 98057-2983
7211385   +HOUSEHOLD FINANCE CORP.,   1421 Kristina Way,   Chesapeake VA 23320-8917
7334745    Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
           Newark NJ 07193-5480
7211386  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court:  INTERNAL REVENUE SERVICE,    P.O. BOX 21126,
           CENTRALIZED INSOLVANCY OP,   Philadelphia PA 19114-1126)
7211388   +NEW YORK & CO. (WFNNB),   P. O. Box 182122,   Columbus OH 43218-2122
7211389   +TARGET NATIONAL BANK,   Mailstop 2BD,   P. O. Box 9455,   Minneapolis MN 55440-9455
7230787   +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
           SEATTLE, WA 98121-3132
7223436   +WORLD FINANCIAL NETWORK NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,
           2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7394771    eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
7341110    eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
           Newark NJ 07193-5480
7334742    eCAST Settlement Corporation assignee of,   GE Money Bank/JC Penney Consumer,   POB 35480,
           Newark NJ 07193-5480
7334737    eCAST Settlement Corporation assignee of,   GE Money Bank/WalMart,   POB 35480,
           Newark NJ 07193-5480
7354222    eCAST Settlement Corporation successor to,   FIA Card Services aka Bank of America,   POB 35480,
           Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Oct 02, 2009.
```
7211382    Fax: 205-297-6863 Oct 02 2009 23:18:53     COMPASS BANK,   701 32nd Street S.,
           Birmingham AL 35233-3515
7239973   +Fax: 205-297-6863 Oct 02 2009 23:18:53     Compass Bank,   P.O. Box 10566,
           Birmingham, AL 35296-0002
7211383   +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2009 04:20:01     DILLARD'S,   P. O. Box 52005,
           Phoenix AZ 85072-2005
7223535    E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2009 04:20:00     GE Money Bank,   PO Box 5010,
           Concord, CA 94524-0010
7211387   +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2009 04:20:01     J. C. PENNEY,   P. O. Box 981402,
           El Paso TX 79998-1402
7366478   +E-mail/Text: bklaw@qwest.com                       QWEST CORPORATION,
           1801 CALIFORNIA ST RM 900,   ATTN: JANE FREY,   DENVER CO 80202-2609
7693514    E-mail/PDF: BNCEmails@blinellc.com Oct 03 2009 04:19:15     ROUNDUP FUNDING, L.L.C.,   MS 550,
           PO Box 91121,   SEATTLE, WA 98111-9221
7396330   +E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2009 04:20:01
           Recovery Management Systems Corporation,   For GE Money Bank,   dba DILLARD'S,
           25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
7211390   +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2009 04:20:01     WALMART,   P. O. Box 981400,
           El Paso TX 79998-1400
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       +COMPASS BANK (SECURED) DEPARTMENT,   C/O ASCENSION CAPITAL GROUP,   P.O. BOX 201347,
           ARLINGTON, TX 76006-1347
tee*       ROUNDUP FUNDING, L.L.C.,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*        eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
                                                                                              TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**          **Signature:**          *Joseph Speetjens*