Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| JOHNNIE L. PARKER ) | CASE NO. 2-08-bk-00761-RTB |
| xxx-xx-00761 ) | |
| ) | TRUSTEE'S EVALUATION AND |
| ) | RECOMMENDATION(S) REPORT WITH |
| ) | NOTICE OF POTENTIAL DISMISSAL IF |
| ) | CONDITIONS ARE NOT SATISFIED |
| Debtor(s) ) | RE: CHAPTER 13 2nd AMENDED PLAN |

Edward J. Maney, Trustee, has analyzed the Debtor's Chapter 13 2nd Amended Plan and supporting documents and submits the following evaluation and recommendation(s):

GENERAL REQUIREMENTS:

a.  Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

b  <u>Requests by the Trustee for documents and information are not superseded by the filing of an amended Plan or motion for moratorium.</u>

c.  The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an Amended or Modified Plan is filed and noticed out.

d  The Trustee requires that any proposed Order Confirming Plan state, "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

e.  The Trustee requires that any proposed Order Confirming Plan state: "Debtor is instructed to remit all payments on or before the stated due date each month. Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the Case can be discharged. This requirement is effective regardless of Plan payments, suspensions, waivers or moratoriums, and must be included in any Plan Confirmation Orders".

Trustee's Recommendation
Case #08-00761
Page 2. . . . . . .

f.  The Debtor(s) is required to provide directly to the Trustee, **within 30 days after the returns are filed,** copies of the federal and state income tax returns for every year during the duration of the Plan. This requirement is to be included in the Stipulated Order Confirming the Plan.

g.  At the time of confirmation, the Trustee will require the Debtor(s) to certify that Debtor(s) are current on all required tax filings and any domestic support orders.

h.  If Debtor(s) Plan proposes to discharge taxes not paid by the Plan, the Trustee objects to this provision. The proper procedure to determine dischargeability is through an adversary proceeding, pursuant to F.R.B.P. Rule 7001. Any proposed Order Confirming the Plan submitted by the Debtor(s) **must** specifically amend or remove this language to comply with the Bankruptcy Code and Rules.

RECOMMENDATION REQUIREMENTS:

1.  Debtor(s) Plan payments are currently delinquent $3,698.00 with a payment of $850.00 coming due 2/27/10.

    **In the Trustee's Recommendation, dated 7/31/09, the Trustee required the Plan payments to be increased to $850.00 as Debtor's Amended Schedule I and J included the vehicle payment which was being paid through the Plan. The Plan payment of $431.00 plus the vehicle payment on Schedule J total $857.00. Debtor has failed to resolve any of this issue. Therefore, the Plan payments remain increased to $850.00.**

2.  Items #6, #7 and #8, of the Trustee's Recommendation, dated 7/31/09, have not been provided or resolved. The Trustee requires these issues to be resolved within the guidelines of this Recommendation. Debtors have been given sufficient time to comply with these issues; therefore, the Trustee will object to any further extensions.

    Should failure to resolve the above issues result in a diversion of disposable income, the Trustee will require equivalent funds to the general unsecured creditors.

3.  If this case is not confirmed prior to the 2009 tax deadline or Debtor(s) have filed their tax return prior to confirmation, the Trustee requires Debtors to submit a copy of their 2009 federal and state tax return, along with a copy of all W-2's

4.  The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs for each employer for verification of income and deductions.

    The Trustee requires the Debtor to provide a copy of all 2009 W-2's and 1099's.

If the Debtor(s) have any questions or concerns regarding this Recommendation, they should contact their attorney. If Debtor(s) are not represented by counsel, they may contact the Case Administrator at extension 210.

The Trustee objects to the confirmation of this Plan under present condition(s). **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to become and remain current in Plan payments, resolve above item(s) #2 through 4 and submit Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of this Trustee's Recommendation. The Trustee reserves the right to file a Supplemental Recommendation.**

Date See Electronic Signature Block

Edward J. Maney, Trustee

Copies of the foregoing
mailed on this date See Electronic
Signature Block to:

Joseph Charles
P. O. Box 1737
Glendale, AZ   85311

Jonnie L. Parker
1942 S. Emerson #134
Mesa, AZ   85210